## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Thusyanthan Selvakumar,

Petitioner,

v.

K. Livingston, et al.,

Respondents.

No. CV-26-01875-PHX-DWL (JZB)

**ORDER**

On March 19, 2026, Petitioner filed his Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, arguing his immigration detention violates *Zadvydas v. Davis*, 533 U.S. 678, 701 (2001). (Doc. 1.)  The Court directed Respondents to file a response to the petition. (Doc. 4.) In their Response, Respondents state:

> Undersigned counsel is unable to ascertain sufficient facts to establish that there is a "significant likelihood of removal in the reasonably foreseeable future." *Zadvydas v. Davis*, 533 U.S. 678, 701 (2001). Accordingly, Respondents do not oppose Petitioner's request for release at this time.

(Doc. 10.)

The Court accepts this concession as non-opposition to granting Petitioner's Petition as to his request for immediate release from U.S. Department of Homeland Security ("DHS") custody.

Accordingly,

**IT IS ORDERED** that Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1) is **GRANTED** as to his request for immediate release from DHS

custody.

**IT IS FURTHER ORDERED** that Respondents shall **IMMEDIATELY** release Petitioner from DHS custody.

**IT IS FURTHER ORDERED** that Respondents shall provide a notice of compliance within **48 HOURS** of releasing Petitioner from DHS custody.

**IT IS FURTHER ORDERED** that any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 21st day of April, 2026.

Dominic W. Lanza
United States District Judge